UNITED STATES of America, ex rel.
MAGNOLIA CITY HOSPITAL,
Plaintiff/Cross Appellee,

v.

MEDICAL BUSINESS ASSOCIATES, L.L.C.; Harold Evans; Greg Evans; Bunker Hill, L.L.C.; Defendants–Appellants/Cross Appellees,

Magnolia City Hospital, Defendant–Appellee/Cross Appellant,

Magnolia City Hospital, Third Party Plaintiff,

v.

Dallas A. Riley; Ken Peebles; Bob Prickett; W.J. Poss, Third Party Defendants.

Nos. 03–1038, 03–1419.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2004.

Decided: Aug. 2, 2004.

Elliot W. Jones, Husch & Eppenberger, Nashville, TN, for Defendants–Appellants.

Deborah J. Groom, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Robert E. Hauberg, Jr., W. Davis Frye, Baker & Donelson, Jackson, MI, for Defendants-Appellants and Defendants–Appellees.

Harold H. Simpson, II, Health Law Firm, Samuel Arnold Perroni, Patrick Russell James, Matthew Richard House, Perroni & James, Little Rock, AR, for Defendants–Appellees and Defendant–Appellant.

Ian Walter Vickery, Vickery & Carroll, El Dorado, AR, for Defendants–Appellants and Third Party Defendants.

Before WOLLMAN, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Harold Evans, Greg Evans, and Bunker Hill, LLC (appellants) appeal the district court's [1] order assessing costs and concluding Magnolia City Hospital (Magnolia) was entitled to attorney's fees. Magnolia cross-appeals the district court's order concluding it lacked jurisdiction to rule on motions during the pendency of appellants' appeal. As appellants have acknowledged in their brief, this appeal is premature because the order appealed did not award an amount of attorney's fees and thus was not final. Accordingly, we dismiss appellants' appeal for lack of jurisdiction.

Because the district court's order concluding it lacked jurisdiction during the appeal will be mooted by our dismissal of appellants' appeal, we dismiss Magnolia's

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

cross-appeal as moot. We also deny as moot Magnolia's pending motion.